FACTURERS TRUST COMPANY, for the Appointment of Appraisers to Appraise the Value of His Stock.— Order entered March 29, 1932, reversed, without costs, and motion granted. Appeal from order denying motion for a reargument dismissed. (See *Matter of Cantor*, 261 N. Y. 6, decided by the Court of Appeals January 10, 1933.) Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

MAYLAYNE CORPORATION v. STELLES MARKANTONIS and Others.— Motion for leave to appeal from order affirming order dismissing complaint granted. Motion for reargument denied. Settle order on notice. Motion for leave to appeal from order affirming order denying plaintiff's motion for injunction and vacating a stay obtained thereon granted. Motion for reargument denied. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ. [See 237 App. Div. 601.]

MAYLAYNE CORPORATION v. STELLES MARKANTONIS and Others.— Motion for a stay pending the determination by the Court of Appeals granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Settle order on notice. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LORRAINE FOSTER, an Infant, etc., by DAVE FOSTER, Her Guardian ad Litem, and DAVE FOSTER v. HERSCH WALLACH.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

LAWRENCE SCHWIMMER v. HENRY L. DOHERTY, Doing Business, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

NATIONAL SURETY COMPANY v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA and BANKERS TRUST COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

HARRY S. PETERSEN v. CHARLES K. NORRIS.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

AMPERITE CORPORATION, a Domestic Corporation, and Others v. G. J. SEEDMAN CO., INC., a Domestic Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

THE KIRKE LASHELLE COMPANY v. THE PAUL ARMSTRONG COMPANY and PHELAN BEALE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon plaintiff's filing the undertakings required by sections 593 and 594 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Sherman and Townley, JJ.

JOHN I. LEVER v. FRED F. FRENCH and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, Merrell, O'Malley, Sherman and Townley, JJ.

IRVING TRUST COMPANY, as Trustee in Bankruptcy of BANKERS CAPITAL CORPORATION, v. SUPERIOR CREDIT CORPORATION.— Motion for leave to appeal